## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

| | |
|---|---|
| CYNTHIA L. ROERS and ALAN J. ROERS, | Civil No. 10-3107 (JRT/TNL) |
| Plaintiffs, | |
| v. | **ORDER** |
| COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., and LANDSAFE APPRAISAL SERVICES, INC., | |
| Defendants. | |

Alan J. Roers, 20 County Road 20, Minnetrista, MN 55359 *pro se* plaintiff.

Keith S. Anderson, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203; and Michael G. Patiuk, Thompson, Coe, Cousins & Irons, LLP, 408 St. Peter Street, Suite 510, St. Paul, MN 55102, for Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 30, 2016 (Docket No. 118), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that Alan Roer's "Notice of Motion and Motion to Compel Compliance with Court Mediated Stipulation & Release Agreement and to Invalidate the 'Sheriff Sale' dated May 3, 2016 as Non-Compliant to that Binding Agreement" (Docket No. 105) is **DENIED** for lack of jurisdiction.

Date: November 1, 2016
at Minneapolis, Minnesota.                    s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court